# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| ZEBULON ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DuPAGE COUNTY, ILLINOIS, an Illinois Governmental Entity, <br><br> Defendant. | **Case Number 1:19-cv-05165** <br><br> Hon. Elaine E. Bucklo <br> United States District Judge <br><br> Hon. Jeffrey Cole <br> United States Magistrate Judge |

## PROPOSED DISMISSAL ORDER

Attached hereto is an agreed, Proposed Dismissal Order.

Dated: January 11, 2023

Respectfully Submitted,

Clyde DeWitt
(*Admitted Pro Hac Vice*)
*clydedewitt@earthlink.net*
Law Offices of Clyde DeWitt,
A Nevada Professional
Corporation
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
(702) 386-1756

CLYDE DeWITT
LAW OFFICES OF CLYDE
DeWITT, APC


By: *Clyde DeWitt*
Clyde DeWitt

Counsel for Counsel for Plaintiff,
Zebulon Enterprises, Inc.

Jeffrey B. Fawell
Illinois State Bar Number 778753
_jeff@fawellandassociates.com_
Fawell & Associates
311 S. County Farm Road
Wheaton, IL 60187-2415
(630) 665-9300

Wayne B. Giampietro
Illinois State Bar No. 0947776
_wgiampietro@giampietrolaw.com_
Poltrock & Giampietro
123 W. Madison St., Suite 1300
Chicago, IL. 60602
(312) 236-0606

Agreed and approved:

  _Nicholas Alfonso_        [1]
Nicholas Alfonso
_Nicholas.Alfonso@dupageco.org_
DuPage County States Attorney's
Office
503 North County Farm Road
Wheaton, IL 60187
(630) 407-8200


Counsel for Defendant,
DuPage County, Illinois

---

[1]        Signature approved via email on this date.

## CERTIFICATE OF SERVICE

I certify that on the date of the filing of the foregoing document, as reflected on the header inserted by the court's ECF/PACER system, a true and correct copy of it is being served upon each attorney of record in the above-captioned matter; and the original upon the Clerk of Court by way of the court's ECF/PACER system.

Signed this date: January 11, 2023.

*Clyde DeWitt*

Clyde DeWitt

# PROPOSED ORDER

**DISMISSAL ORDER**

**Case Number 1:19-cv-05165**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| ZEBULON ENTERPRISES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DuPAGE COUNTY, ILLINOIS,<br>  an Illinois Governmental Entity,<br><br>    Defendant. | **Case Number 1:19-cv-05165**<br><br>Hon. Elaine E. Bucklo<br>    United States District Judge<br><br>Hon. Jeffrey Cole<br>  United States Magistrate Judge |

## <u>ORDER OF DISMISSAL</u>

It is ORDERED that this case now be dismissed without prejudice WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with such dismissal automatically converting to dismissal WITH PREJUDICE on December 31, 2029 absent any further movement by the parties.

Signed this __ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE